# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142806-7

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LOFTS ON THE NINE, LLC,
      Plaintiff-Appellant,

v

KEVIN AKEY,
      Defendant-Appellee.
_____/

SC: 142806
COA: 294825
Oakland CC: 2009-102996-CK

LOFTS ON THE NINE, LLC,
      Plaintiff-Appellant,

v

JAMES FLOWERS,
      Defendant-Appellee.
_____/

SC: 142807
COA: 295977
Oakland CC: 2009-101063-CK

On order of the Court, the application for leave to appeal the February 10, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

d0620